UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

_____

In re:

JOHN BUCK,

    Debtor.

_____

WORLD WIDE VIDEO, LLC,

    Plaintiff,

v.

JOHN BUCK,

    Defendant.

_____

Chapter 7

Case No. 07-42282-JBR

Adversary Proceeding
No. 08-4014

## ASSENTED TO MOTION TO CANCEL TRIAL AND FOR EXPEDITED DETERMINATION

To the Honorable Joel B. Rosenthal, Bankruptcy Judge:

Now comes World Wide Video (the "Plaintiff") and John Buck (the "Defendant"), and hereby move this Court to cancel the trial scheduled for Monday, January 11, 2010.

In support hereof, the parties state as follows:

    1. The parties have reached a settlement which would obviate the need for a trial in this Adversary Proceeding

    2. The parties expect to file a Settlement Stipulation within two (2) weeks from the date hereof.

    3. In view of the foregoing, the parties request that the trial scheduled for Monday, January 11, 2010 be taken off the trial list and that they be provided with a two (2) week period in which to file a Stipulation and Motion to Approve Settlement in this matter.

4. Expedited treatment is sought as the trial is scheduled for Monday, January 11, 2010.

WHEREFORE, the parties respectfully request that this Court:

1. enter an Order canceling the trial scheduled for Monday, January 11, 2010;

2. order that a Stipulation of Settlement be filed within two (2) weeks from the date hereof; and

3. grant such other and further relief as to this Court may seem just and proper.

Dated: January 8, 2010

        JOHN BUCK,
        By his attorney,

        /s/ Bill N. Jacob, Esq.
        Bill N. Jacob, Esq. (BBO # 550959)
        805 Turnpike Street, Suite 201
        North Andover, MA 01845
        (978) 683-2479

### CERTIFICATE OF SERVICE

I, Bill N. Jacob, Esq., hereby certify that on this 8th day of January, 2010, I served a copy of the annexed Motion to Cancel, by email, and by electronic transmission via ECF, upon the following persons and/or entities:

        Counsel for Plaintiffs
        Joseph Doyle, Esq.
        Matthew W. Perkins, Esq.
        Lecomte, Emanuelson & Doyle
        Batterymarch Park II
        One Pine Hill Drive, Suite 101
        Quincy, MA 02169

        /s/ Bill N. Jacob, Esq.
        Bill N. Jacob, Esq.